UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFREY MCCROBIE. | CASE NO.  5:13cv0018 |
| Plaintiff, | |
| vs. | JUDGE JOHN R. ADAMS |
| WORLDWIDE COMMERCE ASSOCIATES, LLC. | **ORDER** |
| Defendant. | |

On June 17, 2013, this Court ordered Plaintiff to move for default judgment or show cause why the above entitled case should not be dismissed for want of prosecution.  Doc. 9.  Plaintiff's Counsel subsequently responded, doc. 10, requesting more time to obtain a supporting affidavit from his client.  Plaintiff's Counsel's request was granted. Doc. 11.  Plaintiff's Counsel then timely filed a motion to withdraw, doc. 12, explaining that his Client was not responding to Counsel's emails or phone calls and had yet to return a supporting affidavit.

Counsel indicates in his motion that he informed his client of the Court's show cause order and warned that the case would be dismissed absent the required filing.  Client still did not respond.  As such, Plaintiff's Counsel concludes that he is unable to proceed with this case, but does not have the authority to dismiss the case.  Accordingly, Counsel's motion to withdraw, doc. 12, is hereby GRANTED.

Further, this matter is hereby DISMISSED for want of prosecution.

IT IS SO ORDERED.

DATED:  August 15, 2013              */s/ John R. Adams*
                                     Judge John R. Adams
                                     UNITED STATES DISTRICT COURT

1